UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LEON,<br><br>            Plaintiff,<br><br>vs.<br><br>CYMABAY THERAPEUTICS, INC., ROBERT J. WILLS, JANET DORLING, ERIC LEFEBVRE, CAROLINE LOEWY, SUJAL SHAH, KURT VON EMSTER, and THOMAS G. WIGGANS, | Case No.: 3:24-cv-01257-AGT<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Enrique Leon ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 15, 2024                              **BRODSKY & SMITH**

                                By: *Evan J. Smith*
                                Evan J. Smith, Esquire (SBN 242352)
                                esmith@brodskysmith.com
                                Ryan P. Cardona, Esquire (SBN 302113)
                                rcardona@brodskysmith.com
                                9595 Wilshire Blvd., Ste. 900
                                Beverly Hills, CA 90212
                                Phone: (877) 534-2590
                                Facsimile (310) 247-0160

                                *Attorneys for Plaintiff*